UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RUTH FOWLER,

                Plaintiff,

       -against-

SCORES HOLDING COMPANY, INC.;
ENTERTAINMENT MANAGEMENT SERVICES, INC.;
and GO WEST ENTERTAINMENT, INC.,

                Defendants.
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/11
```

**ORDER**

08 Civ. 7796 (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      For the reasons stated on the record, in open court, on June 17, 2011, Scores Holding Company, Inc.'s motion for summary judgment is granted.

      The plaintiff has not served process on the remaining defendants in this case, Entertainment Management Services, Inc. ("EMS") and Go West Entertainment, Inc. ("Go West"), and the time for her to do so has long expired. Accordingly, pursuant to Fed. R. Civ. P. 4(m), the plaintiff's Amended Complaint is dismissed, without prejudice, as against EMS and Go West.

      In light of the foregoing, the Clerk of Court is directed to terminate the motions reflected at Docket Entry Nos. 52 and 53, and to close this case.

Dated: New York, New York
         June 29, 2011

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE