```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
```

| | | |
|---|---|---|
| RUTH FOWLER, | | |
| | Plaintiff, | 08 CIVIL 7796 (KNF) |
| -against- | | **JUDGMENT** |
| SCORES HOLDING COMPANY, INC., ENTERTAINMENT MANAGEMENT SERVICES, INC., and GO WEST ENTERTAINMENT, INC., | | |
| | Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/11

------------------------------------------------------------X

Scores Holding Company, Inc. having moved for summary judgment, and the matter having come before the Honorable Kevin Nathaniel Fox, United States Magistrate Judge, and the Court, on June 29, 2011, having rendered its Order granting Scores Holding Company, Inc.'s motion for summary judgment, and dismissing plaintiff's Amended Complaint, without prejudice, as against EMS and Go West, pursuant to Fed. R. Civ. P. 4(m), it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 29, 2011, Scores Holding Company, Inc.'s motion for summary judgment is granted, and plaintiff's Amended Complaint is dismissed, without prejudice, as against EMS and Go West pursuant to Fed. R. Civ. P. 4(m); accordingly, the case is closed.

**Dated:** New York, New York
June 30, 2011

**RUBY J. KRAJICK**

**Clerk of Court**

BY: _____

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____